# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2222

———————————————

United States of America,

*Plaintiff - Appellee,*

v.

William Soward, Jr.,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

——————————

Submitted: September 17, 2015
Filed: October 2, 2015
[Unpublished]

——————————

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

William Soward directly appeals after the district court[1] revoked his supervised release for the second time, and sentenced him within his Chapter 7 advisory range

———————————————

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

to 18 months in prison followed by 9 years of supervised release. For reversal, he argues that the revocation sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable revocation sentence. *See United States v. Growden*, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

_____